FPS:lm

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
SEP 18 2007
PER _____
DEPUTY CLERK

UNITED STATES OF AMERICA :
:
-vs- :
: NO. 3:CR-07- 3 75
ROBERT W. DAVIS, :
:
Defendant :

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

From on or about July 4, 2007 to on or about September 12, 2007, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ROBERT W. DAVIS,**

used a facility and means of interstate commerce, that is, the internet via computer and a telephone, to knowingly attempt to persuade, induce and entice an individual who had not attained the age of 18 years, to engage in sexual acts as defined in Title 18, United States Code, Section 2246, and the sexual acts would be a violation of chapter 109A of Title 18, to wit, Title 18, United States Code, Section 2243(a), if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, and a violation of Pennsylvania law, 18 Pa.C.S. Sections 901(a), 3122.1 and 3123(a)(7) (criminal attempt to commit statutory sexual assault and statutory deviate sexual intercourse).

All in violation of Title 18, United States Code, Section 2422(b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

From on or about July 4, 2007 to on or about September 12, 2007, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ROBERT W. DAVIS,**

knowingly attempted to persuade, induce, and entice an individual to travel in interstate commerce from the State of Colorado to the State of Pennsylvania, to engage in prostitution and sexual acts as defined in Title 18, United States Code, Section 2246, and the sexual acts would be a violation of chapter 109A of Title 18, to wit, Title 18, United States Code, Section 2243(a), if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, and a violation of Pennsylvania law, 18 Pa.C.S. Sections 901(a), 3122.1 and 3123(a)(7) (criminal attempt to commit statutory sexual assault and statutory deviate sexual intercourse).

All in violation of Title 18, United States Code, Section 2422(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

From on or about July 4, 2007 to on or about September 12, 2007, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ROBERT W. DAVIS,**

did willfully and knowingly receive visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped and transported, and which contained materials that were mailed, shipped and transported, in interstate or foreign commerce, by means of computer.

In violation of Title 18, United States Code, Section 2252(a)(2).

9/18/07
DATE

A TRUE BILL

T. A. Marino
THOMAS A. MARINO
United States Attorney